IN THE U.S. FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Jane Doe**           ) | |
|                 ) | |
|    **Plaintiff,**    ) | |
|                 ) | **Case No: 24-cv-598** |
| **vs.**             ) | |
| **Christ Church Georgetown**  ) | |
| **Timothy Cole**        ) | |
|                 ) | |
|    **Defendants.** | |

### Motion to Withdraw as Counsel

Counsel for Doe files this Motion to withdraw as counsel in this matter. Doe intends to proceed in a *prose* capacity. Doe, as *prose* Plaintiff, also intends to file a motion for reconsideration on the Order of this Court denying Plaintiff's Doe Status (ECF 3) dated 3/8/2024. Doe was advised to file this motion today also on 3/22/2024. Doe has also been advised that if she intends to oppose this motion, she is to file a written opposition within 14-days of today or by Friday April 5, 2024, referencing the above case number. Doe has also been advised to call the clerk of the Court and seek filing privileges via ECF. Doe has not disclosed her address to counsel. This Court can however communicate with Doe via email at: kv2ndary@gmail.com. Her phone number is: 646-359-8122. A draft Order is attached.

                                                                                         Respectfully submitted,

                                                                                         /s/ A.J Dhali
                                                                                D.C. Bar No. 495909
                                                                                       Dhali PLLC
                                                               1629 K. Street. NW. Suite 300
                                                                        Washington D.C. 20036
                                                                             T: (202) 556-1285
                                                                             F: (202) 351-0518
                                                   Email: ajdhali@dhalilaw.com
                                              Attorney for the Plaintiff Jane Doe
                                                         Friday March 22, 2024

**Certificate of Service**

A copy of the foregoing was filed on 3/22/20224 via ECF with copies sent to Doe via email.

/s/ A.J Dhali