IN THE U.S. FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Jane Doe**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | Case No:  24-cv-00598 |
| vs.  ) | |
| **Christ Church Georgetown**  ) | **Jury Demand** |
| **Timothy A.R. Cole**  ) | For Defamation, Defamation Per Se, False |
| ) | Light & Invasion of Privacy, and Infliction of |
| **Defendants.** | Emotional Distress. |

## PLAINTIFF'S MOTION FOR ATTORNEY'S MOTION TO WITHDRAW
## TO BE REDACTED IN PARTS

Plaintiff Jane Doe, *pro se*, respectfully asks this Court to redact both her personal email address and her telephone number, which appeared in her out-going attorney's (AJ Dhali's) motion to withdraw, which he filed March 22, 2024.  Plaintiff asks for this because:

1. Counsel AJ Dhali knew that Plaintiff is a survivor of stalking and domestic assault, and that Plaintiff is very afraid of continued stalking and violence because of this – and that Plaintiff therefore has to take steps to protect herself, which includes avoiding putting any information in the public domain that could provide information on her location and whereabouts, etc.

2. Despite knowing the above, Counsel AJ Dhali did not bother to ask Plaintiff for her consent to publish her personal email address and her personal telephone number in his motion to withdraw filed March 22, 2024 - nor did he even bother to inform Plaintiff that he was publishing her personal email address and personal telephone number before he filed it.

3. Counsel AJ Dhali also did not bother to ask Plaintiff to provide him with an email address and telephone number that he could use in his motion (such as a 'safe' email address and telephone number).

4. Counsel AJ Dhali has thus casually and recklessly published information that was protected by attorney-client privilege without Plaintiff's consent or awareness.

5. Counsel AJ Dhali has thus put Plaintiff at risk of harm.

6. Plaintiff uses an anonymous email address and telephone number for her personal safety, which she has used in her motion for reconsideration, and which she is using for other filings in this case. This is to ensure that her personal safety is not jeopardized.

7. Plaintiff asked counsel (AJ Dhali) to file a motion to redact the above, but he refused and told Plaintiff to do it herself.

Respectfully Submitted,

Jane Doe
Plaintiff *Pro Se*
Email: janedoevsdp2021@gmail.com
**March 28, 2024**